IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01972-WYD-CBS

UMG RECORDINGS, INC., a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership;
CAPITOL RECORDS, INC., a Delaware corporation;
ARISTA RECORDS, LLC, a Delaware limited liability company; and
ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation,

    Plaintiffs,

v.

JUSTIN SHAW,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiffs' Notice of Dismissal without Prejudice (filed January 25, 2007).  The Notice seeks a dismissal of the case without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(i).  After a careful review of the Notice and the file, I conclude that the Notice should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Notice of Dismissal without Prejudice is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**, with the parties to pay their own attorney fees and costs.

    Dated:  January 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge